# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MAYFORD KENNETH DAVIS, JR. § | |
| § | |
| v. § | CIVIL ACTION NO. 3:20-CV-1282-S-BT |
| § | |
| DALLAS COUNTY TEXAS CHILD § | |
| SUPPORT ENFORCEMENT AGENCY, § | |
| et al. § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.[1]

Furthermore, the Court **DECLARES** Plaintiff Mayford Kenneth Davis, Jr. to be a vexatious litigant. It is therefore ordered that he is **SANCTIONED** and **BARRED** from filing any future lawsuit in this District without first obtaining an order permitting him to do so. Any case filed, removed, or transferred to this District without an application seeking leave to file shall not be reviewed. Failure to comply with this Order will result in the *sua sponte* administrative closure of any case filed, removed, or transferred by Plaintiff in violation of this Order.

**SO ORDERED.**

SIGNED March 23, 2021.

**UNITED STATES DISTRICT JUDGE**

---

[1] Although Plaintiff filed a Notice of Appeal [ECF No. 44] on March 17, 2021, the notice contained no objections to the Findings, Conclusions, and Recommendation [ECF No. 41] filed on March 2, 2021. The Court further notes that, notwithstanding Plaintiff's attempt to appeal the "Judgement" entered on March 2, 2021, *see* ECF No. 44, judgment has not yet been entered in this case.